**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DISTRICT**

**LINDA J. PARKS**                                                                                     **PLAINTIFF**

**V.**                                                   **CASE NO. 3:05CV45**

**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

## ORDER

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated February 7, 2006, was duly served upon the counsel of record for the plaintiff and defendant; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection has been filed by either party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

ACCORDINGLY, it is hereby ORDERED that the Report and Recommendation of the United States Magistrate Judge [24-1] dated February 7, 2006, is approved and adopted as the opinion of the Court.

This is the 25th day of September, 2006.

                                                                  **/s/ Michael P. Mills**
                                                                  **UNITED STATES DISTRICT JUDGE**